IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN K. WESLEY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 08-5551 |
| | : | |
| KAREN MURPHY, Prime Care Medical Inc., D. EDWARD MCFADDEN, Warden Chester Co. Prison, J. HEALY, Director of Treatment | : : : : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 12th day of July, 2010, upon consideration of Defendants' Joint Supplemental Motion for Summary Judgment (Document No. 41, filed June 3, 2010), and Plaintiff's Response to Defendants' Joint Supplemental Motion for Summary Judgment (Document No. 44, filed June 15, 2010), for the reasons set forth in the Memorandum dated July 12, 2010, **IT IS ORDERED** that Defendants' Joint Supplemental Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendants, Karen Murphy, D. Edward McFadden, and J. Healy, and **AGAINST** plaintiff, Brian K. Wesley.

**IT IS FURTHER ORDERED** that the Clerk shall **MARK** the case as **CLOSED**.

                                                    **BY THE COURT:**

                                                      /s/ Jan E. DuBois
                                                    **JAN E. DUBOIS, J.**